IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Blakey, Reginald E | Case Number: 05 B 29870 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 11/04/08 | Filed: 7/29/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 2, 2008
Confirmed: September 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,957.00 | |
| Secured: | | 985.81 |
| Unsecured: | | 4,803.30 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 430.89 |
| Other Funds: | | 37.00 |
| Totals: | 7,957.00 | 7,957.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Deer & Stone | Administrative | 1,700.00 | 1,700.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 693.58 | 693.58 |
| 4. | City Of Chicago | Secured | 292.23 | 292.23 |
| 5. | Wells Fargo Bank | Unsecured | 717.32 | 759.08 |
| 6. | RoundUp Funding LLC | Unsecured | 667.72 | 706.61 |
| 7. | Premier Bankcard | Unsecured | 219.82 | 232.62 |
| 8. | ECast Settlement Corp | Unsecured | 976.46 | 1,033.34 |
| 9. | Peoples Energy Corp | Unsecured | 542.88 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 1,030.07 | 1,090.08 |
| 11. | Resurgent Capital Services | Unsecured | 927.52 | 981.57 |
| 12. | Deer & Stone | Priority | | No Claim Filed |
| 13. | University Of Illinois Hospital | Unsecured | | No Claim Filed |
| 14. | Equity One | Unsecured | | No Claim Filed |
| 15. | Ridge Orthopedic & Rehab | Unsecured | | No Claim Filed |
| | | | $ 7,767.60 | $ 7,489.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 108.60 |
| 5% | 17.37 |
| 4.8% | 83.96 |
| 5.4% | 143.17 |
| 6.5% | 77.79 |
| | $ 430.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Blakey, Reginald E

Printed: 11/04/08

Case Number:  05 B 29870
Judge:  Hollis, Pamela S
Filed:  7/29/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

